# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

__McCollough__
(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 1783 ( )( )

-against-

__Anothy Griffin__

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: __Michael McCollough__

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: __January 16, 2019__
(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

__January 25, 2019__
Dated

__M. McCollough__
Signature

__Michael McCollough - 91A1385__
Name (Last, First, MI)

__Fishkill Correctional Facility__   __P.O. Box 1295,__   __Beacon,__   __NY__   __12508__
Address                                 City              State       Zip Code

_____                    _____
Telephone Number                          E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:16–cv–01783–NSR

| | |
|---|---|
| McCollough v. Hale et al | Date Filed: 03/09/2016 |
| Assigned to: Judge Nelson Stephen Roman | Date Terminated: 01/10/2019 |
| Case in other court: New York Eastern, 1:15–cv–00691 | Jury Demand: Plaintiff |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Michael McCollough**  represented by  **Michael McCollough**
91–A–1385
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508
PRO SE

V.

**Defendant**

**Mark J. Hale**
*in his official capacity as Assistant District Attorney, Kings County*
*TERMINATED: 11/17/2015*

**Defendant**

**Detective Louis Scarcella**
*TERMINATED: 11/17/2015*

**Defendant**

**John Doe(s) 1–3**
*individually and as unknown employees of the New York Police Department*
*TERMINATED: 11/17/2015*

**Defendant**

**Anthony Griffin**
*Superintendent, Green Haven Corr. Fac.*
*TERMINATED: 05/22/2017*

**Defendant**

**E. William**
*TERMINATED: 10/14/2016*

**Defendant**

**Correctional Officer D. Smith**
*TERMINATED: 10/14/2016*

**Defendant**

**C.O. R. Allen**
*TERMINATED: 10/14/2016*

**Defendant**

**Thomas Griffin**  represented by  **Brendan Michael Horan**
*Superintendent, Green Haven Corr. Fac.*  New York State Office of The Attorney
General

28 Liberty Street
New York, NY 10005
212–416–8973
Email: brendan.horan@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Patrick Stabile**
New York State Attorney General
120 Broadway, 24th Floor
New York, NY 10271
(212)–416–6248
Email: nicholas.stabile@ag.ny.gov
*TERMINATED: 11/19/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2015 | 1 | COMPLAINT against All Defendants, filed by Michael McCollough. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/12/2015) |
| 02/09/2015 | 2 | MOTION for Leave to Proceed in forma pauperis by Michael McCollough. (Bowens, Priscilla) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/12/2015) |
| 02/12/2015 | 3 | NOTICE OF DEFICIENT FILING, litigant notified of deficiency(s) that **must be corrected within fourteen (14) days**. (Bowens, Priscilla) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/12/2015) |
| 02/12/2015 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if *all*** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/12/2015) |
| 02/24/2015 | 5 | Pursuant to 28 U.S.C. 1915 (as amended July 26, 1996), plaintiff is proceeding in forma pauperis and must pay the total $350 fee by monthly installments deducted from plaintiff's prison trust fund account (or institutional equivalent). (Bowens, Priscilla) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/24/2015) |
| 03/20/2015 | 6 | NYS Department of Corrections' Statement – Re: Monthly deductions from Inmate (# 91–A–1385) Michael McCollough's Prisoner Trust Fund Account, submitted as per USDC / EDNY's 5 letter dated 2/24/2015. (Latka–Mucha, Wieslawa) [Transferred from New York Eastern on 3/9/2016.] (Entered: 03/26/2015) |
| 06/24/2015 | 7 | NOTICE of "Amended Petition" by Michael McCollough. (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: 06/24/2015) |
| 11/17/2015 | 8 | MEMORANDUM AND ORDER: McCollough's application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a) is granted for the limited purpose of this Order. For the reasons set forth below, McCollough's complaint is dismissed, but he is granted leave to amend in accordance with this Order; For the reasons stated above, McCollough's complaint is dismissed for failure to state claim on which relief may be granted. 28 U.S.C. § 1915A(b)(1). The Court grants McCollough leave to amend only his prison mail interference claim because amendment of his § 1983 claims would be futile. Should McCollough elect to file an amended complaint, he must do so within thirty (30) days of the date of this Order. He is advised that an amended complaint replaces the original complaint in its entirety (see order for details). Ordered by Chief Judge Carol Bagley Amon on 11/17/2015. c/m to pro se pltf (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: |

| | | |
|---|---|---|
| | | 11/17/2015) |
| 11/30/2015 | 9 | Letter dated 11/23/15 to Judge Carol Bagley Amon from Michael McCollough in lieu of a formal memorandum of law. (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: 12/03/2015) |
| 12/07/2015 | 11 | Letter undated to Chief Judge Amon from *pro se* Michael McCollough, stating that "the undersigned should be afforded copies accommodated Plaintiff's unpublished decision relying on <u>Collins v. City of New York</u>, 11 Civ 766 [...]" etc. (Latka−Mucha, Wieslawa) [Transferred from New York Eastern on 3/9/2016.] (Entered: 12/21/2015) |
| 12/10/2015 | 10 | Letter MOTION for Extension of Time to File *Amended Petition (docket updated to reflect Petitioner's new address)* by Michael McCollough. (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: 12/11/2015) |
| 12/16/2015 | | ORDER Re: 10 Motion for Extension of Time to File Amended Complaint. APPLICATION GRANTED. Plaintiffs time to file an amended complaint is extended for an additional thirty (30) days from the date of this Order, and is therefore due on January 15, 2016. A copy of the Courts Memorandum and Order dated November 17, 2015, will be forwarded to plaintiff with this Order. So Ordered by Chief Judge Carol Bagley Amon on December 16, 2015. (Copy mailed to <u>pro se</u> plaintiff Michael McCollough, 91−A−1385, Sing Sing Correctional Facility, 345 Hunter Street, Ossining, NY 19562.) (Goldfarb, Stephanie) [Transferred from New York Eastern on 3/9/2016.] (Entered: 12/16/2015) |
| 12/21/2015 | 12 | NOTICE OF APPEAL filed and without filing fee by Michael McCollough. (Brown, Marc) [Transferred from New York Eastern on 3/9/2016.] (Entered: 12/22/2015) |
| 01/18/2016 | 13 | Letter MOTION for Extension of Time by Michael McCollough. (Barrett, C) [Transferred from New York Eastern on 3/9/2016.] (Entered: 01/20/2016) |
| 02/01/2016 | 14 | Letter dated 1/22/16 from Michael McCollough to Judge Amon, enclosing Pltff's First Amended Petition with attachments. Pltff states that the return date of 1/15/16 should be excused and his petition should be deemed timely filed. Pltff request that the Court re−mail the original document "back to him, due to his inability to retain copies." (Galeano, Sonia) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/04/2016) |
| 02/01/2016 | 15 | FIRST AMENDED PETITION/COMPLAINT *w/ attachments* against R. Allen, Anthony Griffin, D. Smith, E. William, filed by Michael McCollough. (Attachments: # 1 Envelope) (Galeano, Sonia) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/04/2016) |
| 02/19/2016 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 12 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) [Transferred from New York Eastern on 3/9/2016.] (Entered: 02/19/2016) |
| 03/01/2016 | 16 | TRANSFER ORDER: Accordingly, the Clerk of Court is directed to immediately transfer this action to the United States District Court for the Southern District of New York, notwithstanding Local Rule 83.1. This Court offers no opinion on the merits of McCollough's claims and summonses shall not issue from this Court. Ordered by Chief Judge Carol Bagley Amon on 2/29/2016. (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: 03/01/2016) |
| 03/01/2016 | | Case transferred to USDC−Southern District of NY; Original file, certified copy of transfer order, and docket sheet sent electronically **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Fernandez, Erica) [Transferred from New York Eastern on 3/9/2016.] (Entered: 03/01/2016) |
| 03/09/2016 | 17 | CASE TRANSFERRED IN from the United States District Court − District of New York Eastern; Case Number: 1:15−cv−00691. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 03/09/2016) |
| 03/09/2016 | | Case Designated ECF. (sjo) (Entered: 03/09/2016) |

| | | |
|---|---|---|
| 03/09/2016 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at http://www.nysd.uscourts.gov for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (sjo) (Entered: 03/09/2016) |
| 06/07/2016 | 18 | LETTER from Michael McCollough dated 6/1/16 re: Plaintiff requests that the Court send him a recent docket sheet Transfer Order from the Eastern District of New York in this matter. Document filed by Michael McCollough.(sc) (Entered: 06/08/2016) |
| 06/07/2016 | | Request for Copy of the updated Docket Sheet Received: Re 18 Letter. Request for Docket Report, from Michael McCullough received on 6/7/16. Transmission to Pro Se Assistants for processing. (sc) (Entered: 06/08/2016) |
| 06/08/2016 | | Form Request Mailed: Request for Docket Sheet from Michael McCollough mailed on 6/8/2016. (sbr) (Entered: 06/08/2016) |
| 07/18/2016 | 19 | LETTER from Michael McCollough dated 7/5/16 re: Plaintiff requests that the Court assign this transfer case to a judge in order to expedite these proceedings, as such delay has caused this matter to be long overdue. Document filed by Michael McCollough.(sc) (Entered: 07/20/2016) |
| 09/29/2016 | 20 | LETTER from Michael McCollough re: Plaintiff requests that the Court Clerks Office forward this complaint to the assigned administrative judge to review, adjudicate the merits, and bring about a resolution to this matter or, alternatively, refer this matter to assigned person(s) designated to address this matter. Document filed by Michael McCollough.(sc) (Entered: 09/29/2016) |
| 10/12/2016 | | NOTICE OF CASE REASSIGNMENT to Judge Nelson Stephen Roman. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 10/12/2016) |
| 10/12/2016 | | Magistrate Judge Judith C. McCarthy is so designated. (wb) (Entered: 10/12/2016) |
| 10/14/2016 | 22 | ORDER OF SERVICE: The Court dismisses Plaintiff's claims against Defendants William, Smith, and Allen, and some of Plaintiff's claims against Defendant Griffin, for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii). The Court dismisses without prejudice Plaintiff's claims of denial of access to the courts against Defendant Griffin. The Court directs the Clerk of Court to correct the docket of this action so that any claims that the United States District Court for the Eastern District of New York dismissed in its November 17, 2015 Memorandum and Order (ECF No. 8) – Plaintiff's claims against Defendants Hale and Scarella, as well as his claims against the "John Doe" Defendants – are noted as terminated as of the date of entry of that Memorandum and Order. The Court further directs the Clerk of Court to mail a copy of this order to Plaintiff, together with an information package. The Court also directs the Clerk of Court to complete a USM–285 form with the address for Defendant Griffin and deliver all documents necessary to effect service of the amended complaint (ECF No. 15) on Defendant Griffin – as to a remaining procedural due process claim – to the U.S. Marshals Service. The Court ce1tifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Nelson Stephen Roman on 10/14/2016) (lnl) (Entered: 10/17/2016) |
| 10/20/2016 | | SUMMONS ISSUED as to Anthony Griffin. (sbr) (Entered: 10/20/2016) |
| 10/20/2016 | | FRCP 4 Service Package Hand Delivered to U.S.M.: Package hand delivered to U.S.M. on 10/20/2016 per the instructions of Judge Nelson Stephen Roman. See 22 Order of Service. (sbr) (Entered: 10/20/2016) |
| 10/20/2016 | | FRCP 4 (Information Package Mailed) to plaintiff at the address noted on the complaint/court's docket on 10/20/2016 via Regular Mail. The information package included: a copy of the Order of Service, Judge's individual rules, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case files, A Motions Guide, A Notice that the Pro Se Manual has been discontinued, a Notice of Change of Address to use if your contact information changes, a consent to proceed before a Magistrate Judge. (sbr) (Entered: 10/20/2016) |
| 11/01/2016 | 23 | LETTER addressed to Judge Nelson Stephen Roman from Michael McCollough, dated 10/25/16 re: EXTENSION OF TIME/ RECONSIDERATION. Document filed by |

| | | |
|---|---|---|
| | | Michael McCollough.(sc) (Entered: 11/02/2016) |
| 11/15/2016 | 24 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE UNEXECUTED as to Anthony Griffin. Attempted Service of Summons and Amended Complaint. Service was attempted on 10/25/16. Document filed by Michael McCollough. (sc) (Entered: 11/22/2016) |
| 11/22/2016 | 25 | LETTER addressed to Judge Nelson Stephen Roman from Michael McCollough, dated 11/17/16 re: PROCESS SERVICE RETURNED. Document filed by Michael McCollough.(sc) (Entered: 11/23/2016) |
| 12/06/2016 | 26 | LETTER from Michael McCollough dated 11/30/16 re: Plaintiff requests that the Court send him an updated docket sheet in this case. Document filed by Michael McCollough.(sc) (Entered: 12/08/2016) |
| 12/06/2016 | | Request for Copy of the updated Docket Sheet Received: Re 26 Letter. Request for Docket Report, from Michael McCollough received on 12/6/16. Transmission to Pro Se Assistants for processing. (sc) (Entered: 12/08/2016) |
| 12/09/2016 | | Form Request Mailed: Request for Docket Sheet from Michael McCollough mailed on 12/9/2016. (sbr) (Entered: 12/09/2016) |
| 04/07/2017 | 27 | ORDER: The Court assumes that Mr. McCollough is attempting to name the superintendent of the correctional facility, Thomas Griffin, and therefore directs the New York Attorney General's Office to determine the identity of the yet−to−be served named defendant "Griffin" within thirty days of the date of this order. See Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997) (a pro se litigant is entitled to assistance from the district court in identifying a defendant). Once the proper identity of the unknown Griffin is determined, the Attorney General's Office will provide this information, along with the address where such individual may be served, in writing to the Court. Once that information is received, the Court will issue an order directing the Clerk of the Court to send instructions to Plaintiff to effect service on the proper defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. Additionally at that time, the Court may also substitute the name of the proper defendant for the currently named defendant remaining in this action. Fed. R. Civ. P. 15(c). The Clerk of Court shall mail a copy of this order and the amended complaint to: The Attorney General of the State of New York 120 Broadway, New York, New York 10271−0332. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in form a pauper is status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a non−frivolous issue). (Signed by Judge Nelson Stephen Roman on 4/7/2017) Copies Mailed By Chambers. (mml) (Entered: 04/10/2017) |
| 04/07/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 27 Order to the Docket Assistant Clerk for case processing. (mml) (Entered: 04/10/2017) |
| 04/10/2017 | | Mailed a copy of 27 Order, 15 Amended Complaint, to The Attorney General of the State of New York 120 Broadway, New York, New York 10271−0332 by Certified Mail #7016 3010 0000 2429 3035 with Return Receipt Requested: 27 Order, to Michael McCollough 91A1385 SING SING CORRECTIONAL FACILITY 354 Hunter Street Ossining, NY 10562. (jgo) (Entered: 04/10/2017) |
| 04/25/2017 | | Received Return Receipt of 27 Order, 15 Amended Complaint as to The Attorney General of the State of New York, 120 Broadway, New York, NY 10271−0332, which was served by Certified Mail #7016 3010 0000 2429 3035, on 4/14/2017. (jgo) (Entered: 04/25/2017) |
| 05/12/2017 | 28 | LETTER addressed to Judge Nelson Stephen Roman from Nicholas P. Stabile dated 4/12/17 re: April 7, 2017 Valentin Order [Docket No. 27]. Document filed by Anthony Griffin.(Stabile, Nicholas) (Entered: 05/12/2017) |
| 05/22/2017 | 29 | SUPPLEMENTAL ORDER OF SERVICE: Accordingly, the Court substitutes Thomas Griffin for Anthony Griffin as the Defendant in this matter. Fed. R. Civ. P. 15(c). To allow Plaintiff to effect service on Thomas Griffin through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM−285 form") for Defendant. The service address for |

| | | |
|---|---|---|
| | | Defendant is listed on the sheet attached to this Order. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant. It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so. The Clerk of Court shall mail a copy of this order to: The Attorney General of the State of New York, 120 Broadway, New York, New York 10271–0332. The Clerk of Court is also respectfully directed to correct the case caption and Defendant's information to reflect the substitution of Thomas Griffin in place of Anthony Griffin. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore informa pauperis status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a non–frivolous issue). ( USM–285 Form due by 6/21/2017., Request for Issuance of Summons due by 6/21/2017.), Thomas Griffin added. Anthony Griffin (Superintendent, Green Haven Corr. Fac.) terminated. (Signed by Judge Nelson Stephen Roman on 5/22/2017) (rj) COPIES MAILED BY CHAMBERS. Modified on 6/16/2017 (rj). (Entered: 05/22/2017) |
| 05/22/2017 | | SUMMONS ISSUED as to Thomas Griffin. (sbr) (Entered: 05/22/2017) |
| 05/22/2017 | | FRCP 4 Service Package Hand Delivered to U.S.M.: Package hand delivered to U.S.M. on 5/22/2017 per the instructions of Judge Nelson Stephen Roman. See 29 Order of Service, Add and Terminate Parties. (sbr) (Entered: 05/22/2017) |
| 05/22/2017 | | FRCP 4 (Information Package Mailed) to plaintiff at the address noted on the complaint/court's docket on 5/22/2017 via Regular Mail. The information package included: a copy of the Order of Service. (sbr) (Entered: 05/22/2017) |
| 05/22/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 29 Order of Service, Add and Terminate Parties, to the Docket Assistant Clerk for case processing to The Attorney General of the State of New York. (rj) (Entered: 06/23/2017) |
| 06/23/2017 | | Mailed a copy of 15 Amended Complaint, 29 Order of Service, Add and Terminate Parties, to Attorney General of the State of New York, 120 Broadway, New York, New York 10271–0332 by Certified Mail #7002 2030 0003 8674 9076 with Return Receipt Requested. (jgo) (Entered: 06/23/2017) |
| 07/06/2017 | 30 | NOTICE OF APPEARANCE by Nicholas Patrick Stabile on behalf of Thomas Griffin. (Stabile, Nicholas) (Entered: 07/06/2017) |
| 07/11/2017 | | Received Return Receipt of Mail Order by Certified Mail, as to Attorney General of State of NY, which was served by Certified Mail # 7002 2030 0003 8674 9076, on 6/27/2017. (rro) (Entered: 07/11/2017) |
| 07/17/2017 | 31 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Amended Complaint served. Thomas Griffin served on 7/6/2017, answer due 9/5/2017. Service was made by Mail, signed and returned by Nicholas Stabile, AAG NY. Document filed by Michael McCollough. (sc) (Entered: 07/27/2017) |
| 11/17/2017 | 32 | ENDORSED LETTER addressed to Judge Nelson Stephen Roman from Nicholas P. Stabile dated 9/5/2017 re: Defendants request a pre–motion conference. ENDORSEMENT: The Court is in receipt of the attached pre–motion letter from Defendant, dated September 5, 2017 and Plaintiff's response letter, dated September 13, 2017. Due to Plaintiff's incarceration, the Court waives the pre–motion conference requirement. Defendant is granted leave to file his motion to dismiss with the following briefing schedule: moving papers to be served not filed December 18, 2017; Plaintiff's opposition to be served not filed January 26, 2018; and reply to be served February 12, 2018. Defendant's counsel is directed to file all motion documents, including Plaintiff's opposition, on the reply date, February 12, 2018. The parties shall provide 2 copies of all documents to chambers as the documents are served., ( Motions due by 2/12/2018., Responses due by 2/12/2018) (Signed by Judge Nelson Stephen Roman on 11/17/2017) Copies Mailed By Chambers. (rj) (Entered: 11/17/2017) |

| | | |
|---|---|---|
| 12/20/2017 | 33 | ENDORSED LETTER addressed to Judge Nelson Stephen Roman from Nicholas P. Stabile dated 12/8/2017 re: Request for an extension of time. ENDORSEMENT: The application is granted. No further extensions. (Signed by Judge Nelson Stephen Roman on 12/20/2017) Copies Mailed By Chambers. (cf) (Entered: 12/21/2017) |
| 01/22/2018 | 34 | AFFIDAVIT OF SERVICE of Motion to Dismiss served on Michael McCullough on 1/18/18. Service was made by Mail. Document filed by Thomas Griffin. (Stabile, Nicholas) (Entered: 01/22/2018) |
| 03/12/2018 | 35 | MOTION to Dismiss *First Amended Complaint [Docket No. 15]*. Document filed by Thomas Griffin.(Stabile, Nicholas) (Entered: 03/12/2018) |
| 03/12/2018 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss *First Amended Complaint [Docket No. 15]*. . Document filed by Thomas Griffin. (Stabile, Nicholas) (Entered: 03/12/2018) |
| 03/12/2018 | 37 | MEMORANDUM OF LAW in Opposition re: 35 MOTION to Dismiss *First Amended Complaint [Docket No. 15]. PRO SE PLAINTIFF'S OPPOSITION*. Document filed by Thomas Griffin. (Stabile, Nicholas) (Entered: 03/12/2018) |
| 03/12/2018 | 38 | REPLY MEMORANDUM OF LAW in Support re: 35 MOTION to Dismiss *First Amended Complaint [Docket No. 15]*. . Document filed by Thomas Griffin. (Stabile, Nicholas) (Entered: 03/12/2018) |
| 03/12/2018 | 39 | AFFIDAVIT OF SERVICE of Reply Memorandum of Law in Support of Motion to Dismiss served on Michael McCpllough on 3/12/18. Service was made by MAIL. Document filed by Thomas Griffin. (Stabile, Nicholas) (Entered: 03/12/2018) |
| 05/07/2018 | 40 | (LETTER) PRO SE MEMORANDUM re: CHANGE OF ADDRESS for Michael McCollough. New Address: Michael McCollough, 91−A−1385, Fishkill Correctional Facility, Box 1245, Beacon, NY 12508. (man) (Entered: 05/08/2018) |
| 10/25/2018 | 41 | OPINION AND ORDER: For the reasons stated above, Defendant's motion to dismiss the Complaint is GRANTED with leave to rep lead. Plaintiff shall have until November 26, 2018 to file a Second Amended Complaint. The Court respectfully directs the Clerk of the Court to mail a copy of this opinion to Plaintiff at Plaintiffs address on the docket and to show proof of service on the docket. The Clark of the Court is also respectfully requested to terminate the motion at ECF No. 35. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 10/25/2018) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 10/25/2018) |
| 10/25/2018 | | Set/Reset Deadlines: Amended Pleadings due by 11/26/2018. (jca) (Entered: 10/25/2018) |
| 10/26/2018 | | Mailed a copy of 41 Memorandum & Opinion, to Michael McCollough 91−A−1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 10/26/2018) |
| 11/05/2018 | 42 | NOTICE OF APPEARANCE by Brendan Michael Horan on behalf of Thomas Griffin. (Horan, Brendan) (Entered: 11/05/2018) |
| 11/15/2018 | 43 | MOTION for Nicholas P. Stabile to Withdraw as Attorney . Document filed by Thomas Griffin.(Stabile, Nicholas) (Entered: 11/15/2018) |
| 11/19/2018 | 44 | ORDER granting 43 Motion to Withdraw as Attorney. Clerk of the Court directed to terminate the motion (doc. 43), mail a copy to Plaintiff at the address on ECF and show proof of service on the docket. IT IS SO ORDERED. Attorney Nicholas Patrick Stabile terminated (Signed by Judge Nelson Stephen Roman on 11/19/2018) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 11/19/2018) |
| 11/20/2018 | | Mailed a copy of 44 Order on Motion to Withdraw as Attorney, to Michael McCollough 91−A−1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 11/20/2018) |
| 12/20/2018 | 45 | SECOND AMENDED COMPLAINT amending 15 Amended Complaint against Thomas Griffin. Document filed by Michael McCollough. Related document: 15 Amended Complaint. (rjm) (Entered: 12/20/2018) |

| | | |
|---|---|---|
| 12/21/2018 | 46 | LETTER MOTION for Conference *Respectfully Requesting that the Court Reject Plaintiff's Untimely Proposed Second Amended Complaint, or in the Alternative Respectfully Requesting a Pre−Motion Conference for Defendant Griffin's Anticipated Motion to Dismiss* addressed to Judge Nelson Stephen Roman from Brendan M. Horan dated December 21, 2018. Document filed by Thomas Griffin. (Attachments: # 1 Certificate of Service)(Horan, Brendan) (Entered: 12/21/2018) |
| 01/02/2019 | 47 | ORDER granting 46 Letter Motion for Conference. Defendants's application is GRANTED and the Court rejects Plaintiff's proposed Second Amended Complaint. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46 and to mail Plaintiff a copy of this Order at his address listed on the docket, as further set forth in this Order. (Signed by Judge Nelson Stephen Roman on 1/2/2019) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 01/02/2019) |
| 01/03/2019 | | Mailed a copy of 47 Order on Motion for Conference, to Michael McCollough 91−A−1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 01/03/2019) |
| 01/08/2019 | 48 | ORDER: In this Court's October 25, 2018 Opinion, the Court had dismissed Plaintiff's First Amended Complaint and granted Plaintiff until November 26, 2018 to replead. (See ECF No. 41.) On January 2, 2019, this Court rejected Plaintiff's proposed Second Amended Complaint as untimely and because it failed to state a plausible claim. (ECF No. 47.) Because there are no remaining claims in this matter, the Court respectfully directs the Clerk of Court to close this case. The Clerk of the Court is also respectfully directed to mail Plaintiff a copy of this Order at his address listed on the docket and note service on the docket. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 1/8/2019) (mml) Transmission to Docket Assistant Clerk for processing. Transmission to Orders and Judgments Clerk for processing. (Entered: 01/08/2019) |
| 01/09/2019 | | Mailed a copy of 48 Order, to Michael McCollough 91−A−1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 01/09/2019) |
| 01/10/2019 | 49 | CLERK'S JUDGMENT re: 48 Order in favor of Thomas Griffin against Michael McCollough. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated January 8, 2019, on October 25, 2018, the Court issued an Opinion dismissing Plaintiff's First Amended Complaint and it granted Plaintiff until November 26, 2018 to replead. (See ECF No. 41.) On January 2, 2019, this Court rejected Plaintiff's proposed Second Amended Complaint as untimely and because it failed to state a plausible claim. (ECF No. 47.) Because there are no remaining claims in this matter, the case is closed. (Signed by Clerk of Court Ruby Krajick on 1/10/2019) (Attachments: # 1 Right to Appeal)(km) Transmission to Docket Assistant Clerk for processing. (Entered: 01/10/2019) |
| 01/11/2019 | | Mailed a copy of 49 Clerk's Judgment, 48 Order, Notice of Appeal Forms to Michael McCollough 91−A−1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 01/11/2019) |
| 01/14/2019 | 51 | MOTION for Reconsideration. Document filed by Michael McCollough.(rj) (Entered: 01/29/2019) |
| 01/16/2019 | 50 | LETTER from Michael McCollough dated 1/14/2019 re: Kindly forward me a copy of a recent docket−sheet reference above. Document filed by Michael McCollough.(vn) (Entered: 01/17/2019) |
| 01/16/2019 | | Request for Docket Sheet Mailed: Re 50 Letter. Request for Docket Report, from Michael McCollough received on 1/16/2019. Transmission to Pro Se Assistants for processing. (vn) (Entered: 01/17/2019) |
| 01/16/2019 | 52 | PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS re: 46 LETTER MOTION for Conference Respectfully Requesting that the Court Reject Plaintiff's Untimely Proposed Second Amended Complaint, or in the Alternative Respectfully Requesting a Pre−Motion Conference for Defendant Griffin's Anticipated Motion to Dismiss. Document filed by Michael McCollough. (rj) Modified on 1/29/2019 (rj). (Entered: 01/29/2019) |
| 01/16/2019 | 53 | MOTION for Reconsideration. Document filed by Michael McCollough.(rj) (Entered: 01/29/2019) |

| 01/17/2019 | | Form Request Mailed: Request for Docket Sheet from Michael McCollough 91–A–1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508 mailed on 1/17/2019. (bwa) (Entered: 01/17/2019) |
|---|---|---|
| 01/29/2019 | 54 | OPINION & ORDER re: 51 MOTION for Reconsideration. filed by Michael McCollough, 53 MOTION for Reconsideration. filed by Michael McCollough. For the foregoing reasons, Plaintiff's motions for reconsideration is DENIED. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 51 and 53, to send this Opinion to Plaintiff, and to show proof of service on the docket. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 1/29/2019) (rj) Transmission to Docket Assistant Clerk for processing. Modified on 1/31/2019 (rj). (Entered: 01/30/2019) |
| 01/31/2019 | | Mailed a copy of 54 Memorandum & Opinion, to Michael McCollough 91–A–1385 Fishkill Correctional Facility Box 1245 Beacon, NY 12508. (vba) (Entered: 01/31/2019) |
| 02/01/2019 | 55 | NOTICE OF APPEAL from 49 Clerk's Judgment. Document filed by Michael McCollough. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Application for IFP). (tp) (Entered: 02/01/2019) |
| 02/01/2019 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 55 Notice of Appeal. (tp) (Entered: 02/01/2019) |
| 02/01/2019 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 55 Notice of Appeal filed by Michael McCollough were transmitted to the U.S. Court of Appeals. (tp) (Entered: 02/01/2019) |