**MANDATE**

S.D.N.Y.–W.P.
16-cv-1783
Roman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand nineteen.

Present:
    Denny Chin,
    Raymond J. Lohier, Jr.,
    Michael H. Park,
        *Circuit Judges*.

---

Michael McCollough,

        *Plaintiff-Appellant*,

    v.                  19-296

Thomas Griffin, Superintendent,
Green Haven Correctional Facility,

        *Defendant-Appellee*,

Mark J. Hale, in his official capacity as
Assistant District Attorney, Kings County, et al.,

        *Defendants*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis and to remand the district court's procedural ruling, essentially moving for summary reversal. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/28/2019